UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.

KYLE W. LEONARD

Plaintiff,

vs.

DOUGLAS E. LUCAS, D.O.

Defendant.

## COMPLAINT

The Plaintiff, Kyle W. Leonard., by and through his attorney, Phil C. Pearson, of Phil C. Pearson, MD, JD, for his Complaint against Douglas E. Lucas, D.O. states as follows.

### I. JURISDICTION AND VENUE

This court has jurisdiction to hear this case under the diversity jurisdiction of 28 U.S.C. 1332, as the sole Plaintiff and the sole Defendant are residents of two separate and distinct states, the amount of damages alleged are greater than $75,000.00 and the negligence alleged occurred in Colorado.

### II. GENERAL ALLEGATIONS

1. Plaintiff Kyle W. Leonard, is a resident of La Plata County, Colorado, and was at the times alleged herein a resident of La Plata County, Colorado.

2. Defendant Douglas E. Lucas, D.O, is a resident of Ashville, Buncombe County, North Carolina.

3. Defendant, Douglas E. Lucas, D.O. was at the time of the incidents complained of, a medical doctor, licensed in Colorado, offering orthopedic surgery services to the general public in La Plata County, Colorado.

### III. FACTUAL ALLEGATIONS

4. Plaintiff consulted Defendant at Defendant's surgical office in Durango, Colorado for the possibility of lengthening one of his legs, which had been shortened by an accident years in the past.

5. Defendant recommended an operation for such correction.

6. On January 19, 2017, Defendant performed the operation to lengthen Plaintiff's leg at Mercy Medical Center in Durango, Colorado.

7. During the operation Defendant negligently moved the broken bones and lacerated the skin overlying the bone in an unintended area of the Plaintiff's leg.

8. The laceration was closed but became infected due to the negligent laceration, which has caused Plaintiff great hardship, many further operations and huge medical bills in attempting to control the infection.

### IV.  FIRST CLAIM FOR RELIEF

**(Negligence for Plaintiff Kyle Leonard against Defendant Douglas E. Lucas)**

9. Plaintiff incorporates the foregoing paragraphs as though fully set forth herein.

10. With respect to his care and treatment of Plaintiff Kyle Leonard, Defendant Douglas E. Lucas owed a duty to exercise that degree of skill, care, caution, diligence, and foresight exercised by and expected of orthopedic surgeons under the same or similar circumstances, or that degree of skill, care, caution, diligence, and foresight exercised by orthopedic surgeon physicians with the same level of education, training and experience.

11. Defendant Lucas breached those duties and was negligent when he caused the laceration of Plaintiff's skin with the broken bone in an unintended area.

12. As a direct and proximate result of Defendant Lucas's negligence, Plaintiff Kyle Leonard has suffered injuries, damages, and losses, past and future, including, but not limited to:

a. economic damages, including, but not limited to, loss of earnings, loss of earning capacity, medical expenses, hospital expenses, and household expenses;

b. noneconomic damages, including, but not limited to, pain and suffering, inconvenience, emotional stress, loss of enjoyment of life, and anxiety;

c. Physical disfigurement; and

d. Physical impairment.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES RAISED HEREIN**

DATED:  January 18, 2019

Respectfully submitted,

s/ Phil C. Pearson_____
Phil C. Pearson, M.D., J.D. #19922
3650 South Yosemite Street, Suite 404
Denver, CO  80237
Telephone:  (720) 529-8060
Fax:  (720) 489-0540
E-Mail:  pcpmdjd@yahoo.com

ATTORNEY FOR THE PLAINTIFF

**Address of the Plaintiff:**
Kyle W. Leonard
2414 Delwood Ave.
Durango, CO  81301